IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF TEXAS

AUSTIN DIVISION

DAVID TOM,

    Plaintiff,

v.

TRANSPORTATION MEDIA, INC., dba

BENCH CRAFT COMPANY

    Defendant.

Case No: **1:22-CV-01296-RP**

## PLAINTIFF'S NOTICE OF SERVICE

Plaintiff hereby notices the court that service was completed upon Defendant's registered agent on 12/9/22 at 409PM, as indicated in the attached proof of service.

Dated: December 15, 2022,       Respectfully Submitted,

David Tom
Plaintiff, Pro Se
1058 Herne Ave
Palm Bay, FL 32907
321-917-0760
321-725-9212
david.m.tom@gmail.com

- 1 -

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

FILED
22 DEC -9 PM 12:42
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY ___RN___
       DEPUTY CLERK

DAVID TOM )
)
)
)
*Plaintiff(s)* )
v. ) Civil Action No.
)
TRANSPORTATION MEDIA, INC., dba ) 1:22CV01296 RP
BENCH CRAFT COMPANY )
)
)
*Defendant(s)* )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* TRANSPORTATION MEDIA, INC. DBA BENCH CRAFT COMPANY
16600 SW 72ND AVE BLDG 10
PORTLAND, OREGON 97224

Registered Agent: KAR AGENT AND SERVICE CO., LLC
520 SW YAMHILL ST STE 600
PORTLAND, OREGON 97204

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: DAVID TOM
1058 HERNE AVE
PALM BAY, FL 32907

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Philip J. Devlin
CLERK OF COURT, PHILIP J. DEVLIN

Rebecca A. _____
*Signature of Clerk or Deputy Clerk*

Date: 12/9/22

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:22CV01296 RP

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Transportation Media Inc. dba Bench Craft Company
was received by me on *(date)* 12/09/2022 .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Joanne Haney, Assistant , who is
designated by law to accept service of process on behalf of *(name of organization)* KAR Agent and Service Co.,
LLC at 4:09pm on *(date)* 12/09/2022 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 12/12/2022

*Server's signature*

Michael Williams
*Printed name and title*

MercuryPDX
PO Box 2274
Portland, OR 97208
*Server's address*

Additional information regarding attempted service, etc:
Documents Served: Summons in a Civil Action and Plaintiff's Original Complaint
Address of Service: 520 SW Yamhill St., Ste. 600, Portland, OR 97204
Server's Note: KAR Agent and Service Co., LLC is the Registered Agent for Transportation Media, Inc. dba Bench Craft Company



U.S. POSTAGE
$1.44
FCMF RDC 29
Orig: 32907
Dest: 78701
12/16/22
2000052033

CPU

TOM
1058 HERME AVE
PALM BAY, FL 32907

US COURTHOUSE
AUSTIN
U.S. DISTRICT CLERK'S OFFICE
501 WEST FIFTH STREET
SUITE 1100
AUSTIN, TX 78701

SCREENED
DEC 2 2