IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| DAVID TOM, § | | |
| § | | |
| Plaintiff, § | | |
| § | | |
| v. § | | 1:22-CV-1296-RP |
| § | | |
| TRANSPORTATION MEDIA, INC. doing § | | |
| business as Bench Craft Company, § | | |
| § | | |
| Defendant. § | | |

# FINAL JUDGMENT

On this date, the Court adopted United States Magistrate Judge Mark Lane's report and recommendation concerning Defendant's Motion to Dismiss, (Dkt. 4). (R. & R., Dkt. 9). The Court's Order dismissed Plaintiff's claims without prejudice.

As nothing remains to resolve, the Court renders final judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS ORDERED** that each party bear its own costs.

**IT IS FURTHER ORDERED** that the case is **CLOSED**.

**SIGNED** on August 25, 2023.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE